```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § 
§
VS. § CRIMINAL NO. 4:21-CR-323-Y
§
ROBERT SEFCIK (1) §

<u>ORDER RESCHEDULING HEARING</u>

The sentencing hearing in the above-styled and -numbered cause is rescheduled to 2:00 p.m. instead of 10:00 a.m., on May 24, 2022.

SIGNED May 17, 2022.

*Terry R. Means* (signature)
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE